BOROUGH OF WEST CALDWELL v. LAMM ASSOCIATES.

March 27, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. FELIX NUNEZ.

March 27, 1984.

Petition for certification denied.

GEORGE SCOTT v. PAUL KIMBALL HOSPITAL.

March 27, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JEFFREY MARVIN.

March 27, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN DENNIS FITZGERALD.

March 27, 1984.

Petition for certification denied.